**Jeremy FONTANEZ, Petitioner-Appellant,**

v.

**Joseph COAKLEY, Warden, Respondent-Appellee.**

Jeremy Fontanez, Petitioner-Appellant,

v.

Joseph Coakley, Warden, Respondent-Appellee.

No. 17-6524, No. 17-6664

United States Court of Appeals, Fourth Circuit.

Submitted: September 25, 2017

Decided: October 6, 2017

Jeremy Fontanez, Appellant Pro Se. Tara Noel Tighe, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before GREGORY, Chief Judge, and MOTZ and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Fontanez, a federal prisoner, appeals the district court's orders granting relief on his 28 U.S.C. § 2241 (2012) petition and affirming his right to withdraw from the Inmate Financial Responsibility Program at any time, and denying his motion to clarify. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*